3

United States District Court
Southern District of Texas
F I L E D

AO 240 (Rev. 9/96)

# United States District Court

### DISTRICT OF

AUG 0 3 2001

Michael N. Milby
Clerk of Court

## SOUTHERN TEXAS - BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,
                                 Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

### V.

MANUEL MARTINEZ, aka M. Garcia-Valdez,
      Defendant   aka J.M. Castro-V.,

## B-01-133

CASE NUMBER:
CRIM.: 1:99CR-00387-001

I, _____Manuel Martinez_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above – entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        [X] Yes        [ ] No        (If "No" go to Part 2)

    If "Yes" state the place of your incarceration   FCI Big Spring, Texas

    Are you employed at the institution? Yes    Do you receive any payment from the institution? Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?        [ ] Yes        [X] No   Except as inmate.

    a.  If the answer is "Yes" state the amount of your take – home salary or wages and pay period and give the name and address of your employer.

        n/a

    b.  if the answer is "No" state the date of your last employment, the amount of your take – home salary or wages and pay period and the name and address of your last employer.

        n/a

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self – employment    [ ] Yes    [X] No
    b.  Rent payments, interest or dividends               [ ] Yes    [X] No
    c.  Pensions, annuities or life insurance payments     [ ] Yes    [X] No
    d.  Disability or workers compensation payments        [ ] Yes    [X] No
    e.  Gifts or inheritances                             [X] Yes    [ ] No
    f.  Any other sources                                 [ ] Yes    [X] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.   Occasional gift $10.°°-$50.°° ($20.°°xMO.)

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount. _____ n/a _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.

n/a

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

July 27, 2001
_____
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 184.00 on account to his/her

credit at (name of institution) FCI Big Spring TX . I further certify

that the applicant has the following securities to his/her credit: _____ N/A _____

_____ . I further certify that during the past six months the applicant's

average balance was $ 200.00 _____ .

5-22-01
_____
DATE

C Tresselt TTS
_____
SIGNATURE OF AUTHORIZED OFFICER

CTMPDF www.fastio.com

CitsPDF - www.fastio.com