5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk O. H. Aldape

| | |
|---|---|
| MANUEL MARTINEZ | * |
| VS | * C.A. NO. B-01-133 |
| UNITED STATES OF AMERICA | * (Cr. No. B-99-397) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **November 26, 2001**.

DONE at Brownsville, Texas, this 24th day of September 2001.

Felix Recio
United States Magistrate Judge