

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL MARTINEZ | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-133 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## O R D E R

Movant-Defendant MANUEL MARTINEZ' Motion for Stay of § 2255 Proceedings (Docket No. 4) was reviewed by the Court and is of the opinion that the motion should be denied.

Movant-Defendant's claims that his federal sentence was illegally enhanced by the use of illegal state convictions. Movant-Defendant asserts that his prior state convictions were totally flawed because he was not given his rights under the Vienna Convention. These arguments raise unexhausted state claims which are procedurally barred and are not sufficient legal grounds to grant a stay of these habeas proceedings.

Accordingly, Motion to Stay 28 U.S.C. § 2255 proceedings is **DENIED**.

DONE at Brownsville, Texas, this 18th day of December 2001.

Felix Recio
United States Magistrate Judge